800 F.2d 1024
 Howard JONES, Robert Edwards, Bill Starr Buc McLendon,
Russell Warner, George Lewis, as Trustees of the Ironworkers
Local #272 Pension Fund, Health and Welfare Fund and
Apprenticeship Training Program, Plaintiffs-Appellees,
v.
DARIN & ARMSTRONG, INC., a Michigan Corporation and United
States Fidelity & Guarantee Co., a Michigan
Corporation, Defendants-Appellants.
 No. 84-5936.
 United States Court of Appeals,
Eleventh Circuit.
 Sept. 9, 1986.
 
 Richard W. Groner, David E. Gurley, Sarasota, Fla., for defendants-appellants.
 W. Eric Venable, P.A., Tampa, Fla., for plaintiffs-appellees.
 Appeal from the United States District Court for the Southern District of Florida; Lenore C. Nesbitt, Judge.
 Before GODBOLD and KRAVITCH, Circuit Judges and SIMPSON, Senior Circuit Judge.
 
 BY THE COURT:
 
 1
 Appellants' motion to withdraw the opinion of this court, 785 F.2d 1521 (11th Cir.1986), is GRANTED and the appeal is DISMISSED.